**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DALE MARTINEZ**                                                                  **MOVANT**

v.                                                                        **No. 2:05CR71-M**

**UNITED STATES OF AMERICA**                                         **RESPONDENT**

**MEMORANDUM OPINION**

This matter comes before the court on the *pro se* motion of Dale Martinez to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Martinez has since filed a motion to voluntarily dismiss his § 2255 motion because he is seeking to be transferred to Belize, his country of citizenship. After due consideration, the motion to dismiss will be granted and the § 2255 motion dismissed. A final judgment consistent with this memorandum opinion will issue today.

**SO ORDERED,** this the 8th day of June, 2011.

                                                         **/s/ MICHAEL P. MILLS**
                                                         **CHIEF JUDGE**
                                                         **UNITED STATES DISTRICT COURT**
                                                         **NORTHERN DISTRICT OF MISSISSIPPI**